UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-22377-CIV-GRAHAM
MAGISTRATE JUDGE P.A. WHITE

| | | |
|---|---|---|
| ORLANDO RAMOS, | : | |
| Petitioner, | : | <u>REPORT RE DENIAL OF MOTION</u> <u>TO PROCEED IFP ON APPEAL</u> |
| v. | : | <u>STATE HABEAS CORPUS</u> <u>AND COA</u> (DE#36) |
| JAMES R. McDONOUGH, | : | |
| Respondent. | : | |
| _____ | | |

    This Cause is before the Court upon the petitioner's notice of appeal and motion for certificate of appealability filed pursuant to 28 U.S.C. §2253 and <u>Fed.R.App.P.</u> 22(b), both as amended April 24, 1996. This motion is combined with a motion to proceed <u>in forma pauperis</u> on appeal. (DE#36)  The motion has been referred to the undersigned for consideration and report.

    A certificate of appealability shall not issue unless the Court rules that upon one or more specific issues the petitioner has made a substantial showing of the denial of a constitutional right.

    To merit a certificate of appealability, the appellant must show that reasonable jurists would find debatable both (1) the merits of an underlying claim, and (2) the procedural issue he seeks to raise.  <u>See</u> 28 U.S.C. §2253(c)(2); <u>Slack v. McDaniel</u>, 529 U.S. 473, 120 S.Ct. 1595, 146 L.Ed.2d 542 (2000).

    After reevaluation of the claims, if the Court grants such a certificate it must state which specific issue or issues satisfy the requirement that the applicant has made a substantial showing of the denial of a constitutional right.  28 U.S.C. §2253(c)(2) and

(3).  Review of the file in this case reveals that no such showing has been made.

It is therefore recommended that the Court deny the motion for certificate of appealability. (DE#36)

It is further recommended that the petitioner's motion to proceed in forma pauperis on appeal, filed pursuant to Fed.R.App.P. 24(a), also be denied because the appeal is not taken in good faith, there having been no substantial showing of the denial of a constitutional right. (DE#36)

Objections to this report may be filed with the District Judge within ten days of receipt of a copy of the report.

Dated this 6th day of July, 2009.

_____
UNITED STATES MAGISTRATE JUDGE


cc:   Orlando Ramos, Pro Se
      Address of Record

      All counsel of record