UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 07-22377-CIV-GRAHAM/WHITE

ORLANDO RAMOS,

    Plaintiff,

vs.

DEPARTMENT OF CORRECTIONS,

    Defendant.
_____/

### ORDER

**THIS CAUSE** came before the Court upon Plaintiff's Motion for Leave to Appeal *in Forma Pauperis*, and Motion for Certificate of Appealability [D.E. 36].

**THE MATTER** was referred to the Honorable United States Magistrate Judge Patrick A. White on June 25, 2009 [D.E. 40]. On July 7, 2009, the Magistrate Judge issued a Report [D.E. 41] recommending that the Motion for Leave to Appeal *in Forma Pauperis*, and Motion for Certificate of Appealability [D.E. 36] be denied. Plaintiff has not filed Objections to the Magistrate Judge's Report.

**THE COURT** has conducted an independent review of the file and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that United States Magistrate Judge White's Report [D.E. 41] is hereby **RATIFIED, AFFIRMED and APPROVED** in its entirety. It is further

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Appeal in Forma Pauperis, and Motion for Certificate of Appealability [D.E. 36] are **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of August 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: U.S. Magistrate Patrick A. White
    Orlando Ramos, Pro Se